# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> v. ) <br> ) <br> FRANK RAGLAND HICKS, ) <br> ) <br>            Defendant. ) <br> ) | Case No. 1:14MJ00171-001 <br><br> **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

    **Convicted of:** Driving A Vehicle Upon A Highway In Willful And Wanton Disregard For The Safety Of Person And Property

    **Sentence Date:** August 6, 2015

    **Review Hearing Date:** June 2, 2016

    **Probation Expires On:** August 5, 2016

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1300 which Total Amount is made up of a Fine: $ 1300 Special Assessment: $ 10.00 Processing Fee: $ N/A Restitution: $ N/A

☒     Payment schedule of $ 150 per month by the 15th of each month.

☒     **Community Service hours Imposed of:** 70 hours

☐     **Other Conditions:**

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $ 1,300.00
        ☐ If not paid in full when was last time payment:      Date:
                                                                                                      Amount

☐     To date, Defendant has performed 70.5 hours of community service.

☐     Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/2/2016 at    Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: Click here to enter a date.

_____
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: __May 23, 2016__

_____
UNITED STATES MAGISTRATE JUDGE